WILLAIM A. LEVIN, ESQ. [SBN 98592]
JEFFREY A. KAISER, ESQ. (SBN 160594)
**LEVIN SIMES & KAISER LLP**
One Bush Street, 14th Floor
San Francisco, California  94104
Telephone     (415) 646-7160
Facsimile     (415) 981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI BRENDGARD<br><br>      Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>      Defendants. | Case No. C 05 4827  MMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**HON. EDWARD M. CHEN** |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated: January 26, 2006

_____
Jeffrey A. Kaiser
Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: January 26, 2006

[Court Seal: IT IS SO ORDERED / Judge Maxine M. Chesney]

VOLUNTARY DISMISSAL PAGE 1